# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donna Nevarez, | No. CV-25-00271-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On February 17, 2026, Magistrate Judge James E. Marner issued a Report and Recommendation (Doc. 25) recommending that this Court reverse the decision of the Administrative Law Judge and remand this matter to the Commissioner for further administrative proceedings.  No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).  The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge.  Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error

unobjected-to portions of Report and Recommendation).

The Court has reviewed Magistrate Judge Marner's Report and Recommendation, the parties' briefs, and the record.  The Court finds no error in Magistrate Judge Marner's Report and Recommendation.  Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 25) is **accepted and adopted in full**.  The decision of the Commissioner of Social Security is **reversed**, and this matter is **remanded** to the Commissioner for further administrative proceedings, as set forth in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiff Donna Nevarez, and to close this case.

Dated this 26th day of March, 2026.

_____
Honorable Rosemary Márquez
United States District Judge